THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAMPTON D. REYNOLDS, Appellant. [718 NYS2d 693] —Judgment unanimously affirmed. Memorandum: By failing to move to withdraw his plea or vacate the judgment of conviction, defendant failed to preserve for our review his contention that the plea allocution is factually insufficient (*see, People v Toxey,* 86 NY2d 725, 726, *rearg denied* 86 NY2d 839). The knowing, voluntary and intelligent waiver by defendant of the right to appeal encompasses his contention that County Court erred in denying his suppression motion (*see, People v Allen,* 267 AD2d

1063, *lv denied* 94 NY2d 916), as well as his contention concerning the severity of the sentence (*see, People v Hidalgo,* 91 NY2d 733, 737). Defendant received effective assistance of counsel (*see, People v Baldi,* 54 NY2d 137, 147). (Appeal from Judgment of Cattaraugus County Court, Himelein, J.—Sexual Abuse, 1st Degree.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Lawton, JJ.